WHEEL A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

☐ ORIGINAL

- - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

     -v.-                    :    NOTICE OF INTENT TO
                                         FILE AN INFORMATION
JOHN RYAN,                        :

     Defendant.

- - - - - - - - - - - - - - - - - -x

**13 CRM258**

     Please take notice that the United States Attorney's

Office will file an information upon the defendant's waiver of

indictment, pursuant to Rule 7(b) of the Federal Rules of

Criminal Procedure.

Dated:    New York, New York
          April 2, 2013

JUDGE SULLIVAN

               PREET BHARARA
               United States Attorney

     By:  _____
               Daniel S. Noble
               Assistant United States Attorney

               AGREED AND CONSENTED TO:

     By:  _____
               Jonathan A. Marvinny, Esq.
               Attorney for John Ryan

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/13